UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL RUZZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIRSCHENBAUM & KIRSCHENBAUM, P.C.,<br><br>Defendant. | Civil Action No.<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>**[FILED ELECTRONICALLY]** |

**TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Kirschenbaum & Kirschenbaum, P.C. ("defendant"), by and through its undersigned attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on this date have filed this Notice of Removal from the Superior Court of New Jersey, Law Division, Warren County, Special Civil Part to the United States District Court for the District of New Jersey, together with all process, pleadings, and orders, as required by 28 U.S.C. §1446(a), copies of which are attached hereto as Exhibit A, and made part hereof, and that said Notice respectfully shows that:

270543961v.1

1. The above named defendant is a defendant in a civil action brought in the Superior Court of New Jersey, Law Division, Warren County, Special Civil Part entitled <u>Paul Ruzzo, individually and on behalf of all others similarly situated, Plaintiff v. Kirschenbaum & Kirschenbaum, P.C., Defendant</u>, Docket No. WRN-DC-467-22.

2. This action was commenced on or after March 29, 2022 by plaintiff Paul Ruzzo ("Ruzzo" or "plaintiff") by the filing of a Complaint in the Superior Court of New Jersey, Law Division, Warren County, Special Civil Part.

3. According to a March 30, 2022 entry on the Superior Court of New Jersey, Law Division, Warren County, Special Civil Part docket, the Summons was mailed by the Court to the defendant on March 31, 2022 (<u>see</u> the last page of the attached Exhibit A), accordingly, the defendant received the Summons and Complaint on or after that day.

4. Copies of the aforementioned documents received by defendant are included in the documents annexed hereto as Exhibit A. In filing this Notice of Removal, the defendant does not waive any objections, exceptions or defenses to plaintiffs' Complaint.

5. The aforesaid pleadings constitute all process, pleadings and orders received by the defendant in this action.

6. In the Complaint, plaintiff alleges violations of the federal law known as the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). <u>See</u> Exhibit A, plaintiff's Complaint including but not limited to Counts I and II of the Complaint.

7. This Court has original jurisdiction of the above-entitled action on the basis of the existence of a federal question pursuant to 28 U.S.C. § 1331, as plaintiff's claims are governed at least in part by the FDCPA.

270543961v.1

8. As jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1331, this action may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441.

9. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed with this Court within thirty (30) days after the defendant's first receipt of a copy of the initial pleadings setting forth the claim for relief upon which this action or proceeding is based and within thirty (30) days after receipt of the Complaint by the defendant.

10. Defendant reserves the right to raise any and all objections, exceptions, or defenses to the Complaint.

11. Upon filing the within Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, defendant also filed a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Warren County, Special Civil Part to effect removal of this action to the United States District Court pursuant to 28 U.S.C. §1441 and 1446(b). A true and exact copy of the Notice filed with the Superior Court of New Jersey, Warren County, Special Civil Part - without attachments – is annexed hereto as Exhibit B.

**WHEREFORE**, defendant prays that given that the statutory requirements have been met, that the above-captioned action now pending in Superior Court of New Jersey, Law Division, Warren County, Special Civil Part be removed to this Court.

> **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
> Gregg S. Kahn
> 200 Campus Drive
> Florham Park, New Jersey 07932
> Tel: (973) 624-0800
> Fax: (973) 624-0808
> Attorneys for Defendant
> Kirschenbaum & Kirschenbaum, P.C.
>
> By: */s/ Gregg S. Kahn*
>         Gregg S. Kahn

Dated: April 29, 2022