| Ari H. Marcus, Esq.<br>Licensed to Practice in NJ, NY & PA<br>Ari@MarcusZelman.com | **MARCUS & ZELMAN, LLC**<br>ATTORNEYS & COUNSELLORS AT LAW<br>Tel: (732) 695-3282<br>Fax: (732) 298-6256<br>www.MarcusZelman.com | NEW JERSEY OFFICE:<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br><br>NEW YORK OFFICE:<br>1 Deer Run Road<br>Pomona, New York 10970<br>*All Correspondence to NJ Office* |
|---|---|---|
| Yitzchak Zelman, Esq.<br>Licensed to Practice in NJ & NY<br>YZelman@MarcusZelman.com | | |

January 16, 2023

<u>Via ECF</u>
The Honorable Chief District Judge Freda L. Wolfson
United States District Court –District of New Jersey

           **Re:  Paul Ruzzo v. Kirschenbaum & Kirschenbaum, PC**
                **Case Number: 22-2525 (FLW)**

To the Honorable U.S. Chief District Judge Wolfson:

    Please be advised that the undersigned represents the Plaintiff in the above referenced matter. I write this letter in response to Your Honor's January 5, 2023 Order (ECF No. 15) in lieu of a more formal brief.

    By way of background, Plaintiff initially filed this matter on March 29, 2022 in the Superior Court of New Jersey Law Division, Warren County. On April 29, 2022, Defendant removed this action from Warren County to the District of New Jersey (ECF No. 1). On January 05, 2023, Your Honor dismissed this matter without prejudice for lack of subject matter jurisdiction.

    Plaintiff respectfully requests that Your Honor amend her Order of dismissal and remand this matter back to Warren County Law Division pursuant to 28 U.S.C. § 1447(c). "Courts have consistently found that, where a defendant removes a case from state court based on a federal question, but U.S. Const. art. III standing is lacking, the proper recourse is to remand the case, rather than to dismiss the action." *Rohl v. Prof'l Fin. Co.*, Civil Action No. 21-17507 (MAS) (LHG), 2022 U.S. Dist. LEXIS 96934, at *1 (D.N.J. May 31, 2022) (citing *Katz v. Six Flags Great Adventure, LLC*, Civil Action No. 18-116 (FLW) (DEA), 2018 U.S. Dist. LEXIS 135913, at *25-27 (D.N.J. Aug. 13, 2018). *See also e.g. NBJC Holdings, LLC v. Cont'l Cas. Co.*, Civil Action No. 21-20368, 2022 U.S. Dist. LEXIS 185456, at *8 (D.N.J. Oct. 11, 2022) ("NBJC, in its most recent submission, avers that 'if there is not presently a justiciable case or controversy under federal law,' then remand of this matter, and not outright dismissal, is the appropriate course of action.

| | Respectfully submitted, |
|---|---|
| **ORDERED that the Court's January 5, 2023 Order be AMENDED to reflect that this matter be REMANDED to the New Jersey Superior Court, Warren County, Law Division; and** | /s/ Ari H Marcus, Esq. |
| | **Dated: 1/17/2023** |
| **ORDERED that the Clerk's Office is directed to REMAND this matter to state court.** | **/s/ Freda L. Wolfson**<br>**Hon. Freda L. Wolfson**<br>**Chief Judge** |